United States Bankruptcy Court
Northern District of Iowa

In re: Michael J. Prier, Debtor

Case No. 25-01418-TJC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 3
Date Rcvd: Dec 24, 2025     Form ID: 309A     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Prier, 1801 Wenrose Dr NE, North Liberty, IA 52317-8830 |
| 2451284 | + | Alternate Funding, 2941 NW 62nd Street, Suite 201, Fort Lauderdale, FL 33309-1762 |
| 2451287 | + | BCA Capital, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 2451288 | + | Big Rig Lending, 4715 6th Street SW, Cedar Rapids, IA 52404-4428 |
| 2451289 | | Brannon Stephany, 3050 Metro Drive Ste 115, Bloomington, MN 55425-1678 |
| 2451294 | + | Corcentric, 200 Lake Drive East, Suite 200, Cherry Hill, NJ 08002-1171 |
| 2451295 | + | Eminent Funding LLC, 369 Lexington Avenue, 2nd & 3rd Floors, New York, NY 10017-6506 |
| 2451296 | + | Family Funding Group LLC, 1021 38th Street, Brooklyn, NY 11219-1863 |
| 2451300 | + | Hills Bank And Trust Co, Po Box 70, Hills, IA 52235-0070 |
| 2451303 | + | Jeffrey A. Braverment as Trustee of the, Jeffrey A. Braverman Rovacable Trust, c/o Roy Leaf, 625 First Street, Ste 400, Cedar Rapids, IA 52401-2032 |
| 2451305 | + | Jesse Campell, 1007 Thomas Circle, Tiffin, IA 52340-8028 |
| 2451306 | + | Lendocity Capital, 29 W 36th St, New York, NY 10018-7907 |
| 2451307 | + | Liquidity Access LLC, 25 Melville Park Road, Suite 60, Melville, NY 11747-3172 |
| 2451310 | | Roy Leaf, NYEMASTER GOODE, P.C., 625 1st St SE, Cedar Rapids, IA 52401-2030 |
| 2451311 | + | Sadler Machine Shop, 4150 Thomas Drive SW, Cedar Rapids, IA 52404-5056 |
| 2451312 | + | Siobhan Briley, Pugh Hagan Prahm PLC, 425 E Oakdale Blvd Ste 201, Coralville, IA 52241-3404 |
| 2451313 | + | Sunrise On Deck, 4700 W Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 2451317 | ++++ | THE SMARTER MERCHANT, 16 MADISON SQ W FL 11, NEW YORK NY 10010-0061 address filed with court:, The Smarter Merchant, 1115 Broadway, 11th Floor, New York, NY 10010 |
| 2451318 | + | Thoro Corp, 800 SE 4th Avenue, Suite 601, Hallandale, FL 33009-6494 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: steve@iclawfirm.com | Dec 24 2025 20:24:00 | Steven G. Klesner, Steven G. Klesner, Fitzgerald, Klesner, and Pavelich, PLC, PO Box 3400, Iowa City, IA 52244-3400 |
| tr | + | EDI: BNHUGHESNIASD | Dec 25 2025 01:23:00 | Nicole Hughes, 25 Main Place, Suite 200, Council Bluffs, IA 51503-0790 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | Dec 24 2025 20:24:00 | United States Trustee, Office of the United States Trustee, 210 Walnut Street, Suite 793, Des Moines, IA 50309-2106 |
| 2451285 | | Email/PDF: bncnotices@becket-lee.com | Dec 24 2025 20:29:18 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 2451286 | + | Email/PDF: bncnotices@becket-lee.com | Dec 24 2025 20:29:14 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 2451290 | + | EDI: CAPITALONE.COM | Dec 25 2025 01:23:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 2451291 | + | EDI: CITICORP | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 2451292 | + | EDI: CITICORP | Dec 25 2025 01:23:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 2451293 | + | EDI: PHINGENESIS | Dec 25 2025 01:23:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 2451297 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 25 2025 01:23:00 | Concora Credit, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 2451298 | | Email/Text: EBNBKNOT@ford.com | Dec 24 2025 20:24:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 2451299 | | Email/Text: bkdesk@greenstate.org | Dec 24 2025 20:24:00 | Ford Motor Credit, PO Box 35910, Cleveland, OH 44135-0910 |
| 2451301 | | Email/Text: andrew_nordyke@hillsbank.com | Dec 24 2025 20:24:00 | GreenState Credit Union, Attn: Bankruptcy, P.O.Box 800, North Liberty, IA 52317 |
| 2451302 | | EDI: IRS.COM | Dec 24 2025 20:24:18 | Hills Bank and Trust Co, 131 Main St, Hills, IA 52235 |
| 2451308 | + | EDI: QRCGAINERIAN | Dec 25 2025 01:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 2451309 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Dec 25 2025 01:23:00 | Robert C. Gainer, Cutler Law Firm, 1307 50th Street, West Des Moines, IA 50266-1699 |
| 2451314 | + | EDI: SYNC | Dec 24 2025 20:24:00 | Robinhood Credit, 548 Market St, San Francisco, CA 94104-5401 |
| 2451315 | + | EDI: SYNC | Dec 25 2025 01:23:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 2451316 | + | EDI: SYNC | Dec 25 2025 01:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 2451319 | ^ | MEBN | Dec 25 2025 01:23:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 2451320 | + | Email/Text: usaian.ecfbkcycr@usdoj.gov | Dec 24 2025 20:21:26 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 2451321 | ^ | MEBN | Dec 24 2025 20:24:00 | US Attorney (IRS), 111 Seventh Avenue SE, Box 1, Cedar Rapids, IA 52401 |
| | | | Dec 24 2025 20:21:24 | US Small Business Administration, 1545 Hawkins Blvd, Suite 202, El Paso, TX 79925-2654 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2451304 | | Jesse Campell |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 26, 2025                       Signature:      /s/Gustava Winters

| | Information to identify the case: | | | |
|---|---|---|---|---|
| Debtor 1: | Michael J. Prier | | Social Security number or ITIN: | xxx–xx–4514 |
| | First Name    Middle Name    Last Name | | EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN: _ _ _ _ | |
| | | | EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Northern District of Iowa | | Date case filed for chapter: | 7    12/23/25 |
| Case number: | 25–01418 | | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael J. Prier | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1801 Wenrose Dr NE<br>North Liberty, IA 52317 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven G. Klesner<br>Steven G. Klesner<br>Fitzgerald, Klesner, and Pavelich, PLC<br>PO Box 3400<br>Iowa City, IA 52244–3400 | Contact phone 319–338–9852<br><br>Email: steve@iclawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Nicole Hughes<br>25 Main Place, Suite 200<br>Council Bluffs, IA 51503 | Contact phone 712–325–9000<br><br>Email: nhughes@telpnerlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy clerk's office** | 111 Seventh Avenue SE #15  Cedar Rapids, IA 52401–2101 | Hours: Monday–Friday, 8:00 am to 4:00 pm CT |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone (319) 286–2200 |
| | | | Notice Date: 12/24/25 |

| 7. | **Meeting of creditors** | **January 20, 2026 at 10:30 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 944 672 7766, and Passcode 0893558159, OR call 1–712–220–0595** |

**For additional meeting information go to "www.justice.gov/ust/moc"**

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 3/23/26** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | | |

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
|---|---|---|---|

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|