# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | Case No. 25-01418 |
| Michael J. Prier, ) | (Chapter 7) |
| Debtor. ) | Appearance of Counsel |
| ) | |

## APPEARANCE OF COUNSEL
(Rule 2002)

COMES NOW Attorney Eric Langston, who files this appearance on behalf of the Viner Law Firm, a creditor of the debtor is this case, and, pursuant to rule 2002 of the Bankruptcy Rules of Procedure, requests to be included with all notices arising in this matter.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing:  601 S. Lindbergh Blvd.
          Frontenac, MO 63131
Physical: 222 Third Ave. SE
          Suite 501, Office 6
          Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
          *Attorney for the Viner Law Firm*

---

**Certificate of Service**

I certify that I caused the foregoing to be filed with the CM/ECF on January 22, 2026, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

*Eric J Langston*