United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 25-01418-TJC |
| Michael J. Prier | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Jeffrey A. Braverman Revocable Trust, 2939 North Liberty Rd NE, North Liberty, Ia 52317-9389 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbe M. Stensland | on behalf of Creditor Sadler Power Train Inc. ams@shuttleworthlaw.com, beth@shuttleworthlaw.com |
| Eric J. Langston | on behalf of Creditor Viner Law Firm PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Nicole Hughes | nhughes@telpnerlaw.com IA27@ecfcbis.com |
| Roy Ryan Leaf | on behalf of Interested Party Jeffrey A. Braverman Revocable Trust rleaf@nyemaster.com sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Steven G. Klesner | on behalf of Debtor Michael J. Prier steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdf902 | Total Noticed: 1 |

United States Trustee
            USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>MICHAEL J. PRIER,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-01418 |

**CONSENSUAL ORDER LIFTING THE AUTOMATIC STAY AND GRANTING RELATED RELIEF**

The matter before the Court is the *Motion for Entry of Consent Order Lifting the Automatic Stay and Granting Related Relief* (the "Motion") filed by Jeffrey A. Braverman as trustee of the Jeffrey A. Braverman Revocable Trust dated July 2, 2013 (the "Trust");[1] and the Court having found it has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue in this district is proper pursuant to 28 U.S.C. § 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor, its creditors, and other parties in interest; and the Court having found that the Trustee provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    1.    The Motion is GRANTED as set forth herein.

    2.    For the reasons set forth in the Motion, the Trustee is granted relief from the automatic stay pursuant to Bankruptcy Code section 362(d) in order to proceed with the Foreclosure Action. The Trustee is authorized to proceed with seeking entry of the proposed

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

foreclosure judgment and decree in with the Iowa District Court for Johnson County in case number EQCV086776 and proceeding with foreclosure on the Real Estate owned by non-debtor NLT Holdings.

3. The Trustee shall not take any other collection actions outside of this Court against the Debtor without further relief from this Court.

4. The Motion satisfies the requirements of Bankruptcy Rule 4001.

5. This Order shall be effective immediately upon entry and the 10-day stay period provided for in Bankruptcy Rule 4001(a)(3) shall not apply.

6. The Debtor and Chapter 7 Trustee have consented to the relief in this Order.

7. The Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this Order.

Dated and entered this  30  day of  January , 2026.

_____
Honorable Thad J. Collins, Chief Judge

ORDER PREPARED BY:
Roy Leaf
Nyemaster Goode P.C.
Counsel to Jeffrey A. Braverman Revocable Trust

APPROVED AS TO FORM AND CONTENT:

*/s/ Steven Klesner*

Steven Klesner
Fitzgerald, Klesner, & Pavelich PLC
Counsel to the Debtor


*/s/ Nicole Hughes*
Nicole Hughes
Telpner Peterson Law Firm, LLP
Chapter 7 Trustee