**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-01418 |
| | ) | (Chapter 7) |
| Michael J. Prier, | ) | |
| Debtor. | ) | ORDER re: |
| | ) | Motion for Relief from Automatic Stay |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Upon the Motion for Relief from Automatic Stay filed by the Viner Law Firm, the Court finds that cause exists pursuant to 11 U.S.C. § 362(d)(1).

IT IS HEREBY ORDERED:

1. The automatic stay imposed by 11 U.S.C. § 362(a) is modified to permit Movant to proceed in the Iowa District Court for Johnson County, Case No. CDDM018646, for the limited purpose of:

    (a) Enforcing the Order Finding Debtor in Contempt of Court dated November 2, 2025;

    (b) Enforcing the Order Assessing Attorney's Fees dated December 22, 2025;

    (c) Conducting any related compliance, purge, or enforcement proceedings necessary to effectuate those orders, including issuance of writs of execution and writs of garnishment.

2. This Order does not authorize collection beyond the scope of the state court's contempt and fee orders, nor does it permit any determination of dischargeability, which remains within the exclusive jurisdiction of this Court.

3. All other aspects of the automatic stay remain in full force and effect.

SO ORDERED.