John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450