United States Bankruptcy Court
Northern District of Iowa

In re:                                                                          Case No. 25-01418-TJC
Michael J. Prier                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: prestay | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael J. Prier, 1801 Wenrose Dr NE, North Liberty, IA 52317-8830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbe M. Stensland | |
| | on behalf of Creditor Sadler Power Train  Inc. ams@shuttleworthlaw.com, beth@shuttleworthlaw.com |
| Eric J. Langston | |
| | on behalf of Creditor Viner Law Firm  PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric J. Langston | |
| | on behalf of Plaintiff Viner Law Firm  PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Nicole Hughes | |
| | nhughes@telpnerlaw.com  IA27@ecfcbis.com |
| Roy Ryan Leaf | |
| | on behalf of Interested Party Jeffrey A. Braverman Revocable Trust rleaf@nyemaster.com sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |

Steven G. Klesner
                           on behalf of Debtor Michael J. Prier steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

United States Trustee
                           USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 7

prestay 1/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Chapter 7

Michael J. Prier

Bankruptcy No. 25–01418

Debtor

## NOTICE SETTING TELEPHONIC PRELIMINARY HEARING
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. 24)

To:
Steven G. Klesner, Attorney for Debtor                       319–338–9852
Nicole Hughes, Trustee                                       712–325–9000
United States Trustee

Eric J. Langston, Attorney for Viner Law Firm, PC/Movant     319–435–9793

**NOTICE IS HEREBY GIVEN** that a **telephonic** preliminary hearing will be held on:

### March 20, 2026 at 11:45 AM

Parties are expected to comply with the Local Rules regarding Motions for Relief from Automatic Stay. In particular, Debtor (and trustee if one is appointed) is reminded that an **answer must be filed at least 7 days prior** to the preliminary hearing. If an answer is not filed and served upon the moving party and United States Trustee, this preliminary hearing will not go forward and the stay will be lifted without further notice to Debtor or trustee.

ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL. Only those parties who have filed and served answers are to be called for the telephonic hearing. The United States Trustee's office shall <u>not</u> be called, unless that office files and serves a written request to participate in the hearing. The telephone number for Chambers is 319–286–2230.

Date: March 5, 2026                          Rebecca Hoefer
                                             Clerk, Bankruptcy Court
                                             by:

                                             *Som Mary Grigg*

                                             Deputy Clerk