**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Chapter 7 |
| MICHAEL J. PRIER | Case no. 25-01418 |
| Debtor(s). | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned hereby enters appearance as Trustee for the Estate of North Liberty Transportation, LLC (Case no. 25-00025 in the Northern District of Iowa) and pursuant to Rule 2002, requests that copies of all papers filed or served in this case be sent to:

> Mr. Robert Gainer
> Cutler Law Firm, P.C.
> 1307 50th Street
> West Des Moines, IA  50266

Please take further notice that this request includes all notices and papers including, without limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, and all notices thereof.

This Notice of Appearance and Request for Service of Papers does not constitute a consent to any violation of Bankruptcy 9003.  This Notice of Appearance and Request for Service of Papers does not constitute a consent to jurisdiction of the court over non-core proceedings under 28 U.S.C. §157.

Dated:  March 12, 2026

RESPECTFULLY SUBMITTED,

*/s/ Robert C. Gainer*
Robert C. Gainer        AT0000305
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, IA 50266
Tel:  515-223-6600
Fax: 515-223-6787
Email:  trustee@cutlerfirm.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2026, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

*/s/ Stephanie Newton*