UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>MICHAEL J. PRIER<br><br>Debtor(s). | Chapter 7<br><br>Case no. 25-01418<br><br>**MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE** |

COMES NOW Robert C. Gainer, Trustee for the Estate of North Liberty Transportation, LLC (Case no. 25-00025 in the Northern District of Iowa), pursuant to Bankruptcy Rule 4004(b) and moves this Court for an extension of time in which to file a complaint objecting to discharge, and in support of said motion states to the Court as follows:

1. That March 23, 2026 is fixed as the last day for objecting to the discharge of the Debtor.

2. That the Trustee will not have adequate time to fully investigate this matter and to determine whether an objection to discharge should be filed.

3. That the Trustee requires an additional 60 days, through and including, May 22, 2026, in which to conduct discovery and investigation of actions which might give rise to a complaint under 11 U.S.C. Sections 523 and-or 727.

4. Trustee communicated with Debtor's counsel who consents to the extension of time for both the Trustee and the United States Trustee.

WHEREFORE, Trustee prays for an order from the Court extending the time for the Trustee for the Estate of North Liberty Transportation, LLC and the United States Trustee to file a complaint objecting to discharge, pursuant to 11 U.S.C. Sections 523 and-or 727, to May 22, 2026 and for such other and further relief as is just and proper.

Dated this Thursday, March 12, 2026.

        CUTLER LAW FIRM, P.C.

*/s/ Robert C. Gainer*
Robert C. Gainer    AT0000305
1307 50th Street
West Des Moines, Iowa 50266
Telephone:   515-223-6600
Facsimile:   515-223-6787
E-mail:  trustee@cutlerfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2026, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

*/s/ Stephanie Newton*