# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF IOWA

| | ) | |
|---|---|---|
| In re: | ) | Case No. 25-01418 |
| | ) | |
| **MICHAEL J. PRIER,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER RE TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE

On March 12, 2026, Robert C. Gainer, Trustee for the Estate of North Liberty Transportation, LLC, filed a Motion for Extension of Time to File Complaint Objecting to Discharge (Doc. 31). For good cause shown,

**IT IS ORDERED** that the Motion for Extension of Time to File Complaint Objecting to Discharge is GRANTED. The Trustee for the Estate of North Liberty Transportation, LLC and the United States Trustee shall have, through and including, May 22, 2026 in which to file a complaint objecting to discharge.

Dated and Entered: March 13, 2026

THAD J. COLLINS, BANKRUPTCY JUDGE