UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael J. Prier, ) | Chapter 7 |
| ) | |
| ) | Bankruptcy No. 25-01418 |
| Debtor. ) | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW the Debtor, Michael J. Prier, by counsel, and submits the following response to the Motion for Relief from Automatic Stay filed by Viner Law Firm.

1. Debtor does not object to limited relief from the automatic stay to permit the Iowa District Court for Johnson County to interpret and enforce its prior orders entered in the parties' dissolution proceeding, including the contempt order referenced in the motion.

2. However, Debtor objects to the motion to the extent it seeks relief that would permit collection or enforcement of the attorney-fee award against the Debtor prior to this Court's determination of dischargeability in the adversary proceeding currently pending before this Court.

3. The Debtor acknowledges that issues concerning interpretation and enforcement of the state court's domestic-relations orders are appropriately addressed by the state court. However, whether the attorney-fee obligation is dischargeable is a matter reserved exclusively for this Court under 11 U.S.C. § 523.

4. Accordingly, any relief from stay should be limited to permitting the state court to interpret and enforce its prior orders and should not authorize collection or execution on the attorney-fee award unless and until this Court determines the debt to be nondischargeable.

WHEREFORE, the Debtor requests that any order granting relief from the automatic stay be limited consistent with the foregoing.

Respectfully submitted,

Dated: March 13, 2026

/s/ Steven G. Klesner
Steven G. Klesner  AT0004271
FITZGERALD, KLESNER & PAVELICH, PLC
373 Scott Ct, Ste B, PO Box 3400
Iowa City, IA 52244
steve@iclawfirm.com
(319)338-9852 Telephone
(319)354-7265 Facsimile
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the date below, a true copy of the foregoing document was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing systems. Parties may access this filing through the Court's electronic system.

Dated: March 13, 2026                    /s/ Steven G. Klesner