United States Bankruptcy Court

Northern District of Iowa

In re:  Case No. 25-01418-TJC
Michael J. Prier  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 2
Date Rcvd: Mar 13, 2026     Form ID: pdf902     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Prier, 1801 Wenrose Dr NE, North Liberty, IA 52317-8830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: rgainer@cutlerfirm.com | Mar 13 2026 21:09:00 | Robert Gainer, 1307 50th Street, West Des Moins, IA 50266-1782 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:

**Name**     **Email Address**

Abbe M. Stensland
    on behalf of Creditor Sadler Power Train Inc. ams@shuttleworthlaw.com, beth@shuttleworthlaw.com

Eric J. Langston
    on behalf of Creditor Viner Law Firm PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston
    on behalf of Plaintiff Viner Law Firm PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Nicole Hughes

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 13, 2026 | Form ID: pdf902 | Total Noticed: 2 |

nhughes@telpnerlaw.com IA27@ecfcbis.com

Roy Ryan Leaf

on behalf of Interested Party Jeffrey A. Braverman Revocable Trust rleaf@nyemaster.com
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Steven G. Klesner

on behalf of Debtor Michael J. Prier steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF IOWA

In re:

**MICHAEL J. PRIER,**

   Debtors.

Case No. 25-01418

## ORDER RE TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE

On March 12, 2026, Robert C. Gainer, Trustee for the Estate of North Liberty Transportation, LLC, filed a Motion for Extension of Time to File Complaint Objecting to Discharge (Doc. 31). For good cause shown,

**IT IS ORDERED** that the Motion for Extension of Time to File Complaint Objecting to Discharge is GRANTED. The Trustee for the Estate of North Liberty Transportation, LLC and the United States Trustee shall have, through and including, May 22, 2026 in which to file a complaint objecting to discharge.

Dated and Entered: March 13, 2026

THAD J. COLLINS, BANKRUPTCY JUDGE