UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

MICHAEL J. PRIER,

     Debtor

Chapter  7

Bankruptcy No.  25-01418

## PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: March 20, 2026
Hearing on Motion for Relief from Automatic Stay (Doc. 24)

Movant: Viner Law Firm

APPEARANCES:

Attorney Steven G. Klesner for Debtor
Attorney Eric Langston for Movant

OUTCOME OF PROCEEDING:

A preliminary hearing on Movant's Motion for Relief from Automatic Stay was held.

**IT IS ORDERED THAT**:

Counsel for Movant shall submit a proposed order for the Court's consideration. If the parties are unable to come to an agreement, then the parties shall contact the scheduling deputy to reschedule the hearing for Friday, March 27, 2026.

Ordered:
March 20, 2026

Thad J. Collins
Chief Bankruptcy Judge