United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                    Case No. 25-01418-TJC

Michael J. Prier                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Michael J. Prier, 1801 Wenrose Dr NE, North Liberty, IA 52317-8830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbe M. Stensland | on behalf of Creditor Sadler Power Train Inc. ams@shuttleworthlaw.com, beth@shuttleworthlaw.com |
| Eric J. Langston | on behalf of Creditor Viner Law Firm PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Plaintiff Viner Law Firm PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Nicole Hughes | nhughes@telpnerlaw.com IA27@ecfcbis.com |
| Robert Cardell Gainer | on behalf of Interested Party Estate of North Liberty Transportation LLC rgainer@cutlerfirm.com, snewton@cutlerfirm.com |
| Roy Ryan Leaf | on behalf of Interested Party Jeffrey A. Braverman Revocable Trust rleaf@nyemaster.com |

District/off: 0862-1                           User: admin                                    Page 2 of 2

Date Rcvd: Mar 20, 2026                        Form ID: pdf902                               Total Noticed: 1

sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Steven G. Klesner

on behalf of Debtor Michael J. Prier steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

MICHAEL J. PRIER,

Debtor

Chapter 7

Bankruptcy No. 25-01418

## PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: March 20, 2026
Hearing on Motion for Relief from Automatic Stay (Doc. 24)

Movant: Viner Law Firm

APPEARANCES:

Attorney Steven G. Klesner for Debtor
Attorney Eric Langston for Movant

OUTCOME OF PROCEEDING:

A preliminary hearing on Movant's Motion for Relief from Automatic Stay was
held.

**IT IS ORDERED THAT**:

Counsel for Movant shall submit a proposed order for the Court's consideration. If
the parties are unable to come to an agreement, then the parties shall contact the
scheduling deputy to reschedule the hearing for Friday, March 27, 2026.

Ordered:
March 20, 2026

Thad J. Collins
Chief Bankruptcy Judge