## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | Case No. 25-01418 |
| Michael J. Prier, | (Chapter 7) |
| Debtor. | Motion for Order re: |
|  | Relief from Automatic Stay |

**MOTION FOR ORDER RE: RELIEF FROM THE AUTOMATIC STAY**
(Pursuant to 11 U.S.C. § 362(d)(1))

COMES NOW Viner Law Firm ("Movant"), by counsel, and pursuant to 11 U.S.C. § 362(d)(1) respectfully moves for relief from the automatic stay. In support, Movant states as follows:

1.    On March 4, 2026, Movant filed a Motion for Relief from the Automatic Stay [Dkt. No. 24].

2.    On March 20, 2026, the Court held a hearing on such motion and directed the parties to meet and confer and submit a joint proposed order.

3.    Attorney Steve Klesner consents to the proposed order submitted concurrently herewith.

4.    For the foregoing reasons, Movant respectfully requests that the Court grant relief from the automatic stay for cause pursuant to 11 U.S.C. § 362(d)(1).

[*Remainder of Page Intentionally Left Blank;*
*Prayer for Relief, Signature, and Certificate of Service Follow*]

WHEREFORE, Movant prays that the Court enter an order granting relief from the automatic stay consistent with the proposed order submitted herewith and for such other relief as the Court deems just and proper.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing:  601 S. Lindbergh Blvd.
          Frontenac, MO 63131
Physical: 222 Third Ave. SE
          Suite 501, Office 6
          Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Plaintiff*

**Certificate of Service**
I certify that I caused the foregoing to be filed with the CM/ECF on April 2, 2026, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

*Eric J Langston*