**Thursday, April 2, 2026 at 4:29:56 PM Central Daylight Time**

| | |
|---|---|
| **Subject:** | RE: (25-01418 | In re: Prier) Proposed Order re Relief from Stay |
| **Date:** | Thursday, April 2, 2026 at 3:43:43 PM Central Daylight Time |
| **From:** | Steve Klesner |
| **To:** | Eric Langston |
| **CC:** | Dawn Krabill |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png, image007.png, image008.png |

We approve the revised proposed order.

**Steven G. Klesner**
FITZGERALD, KLESNER & PAVELICH P.L.C.
373 Scott CT. STE B, P.O. Box 3400
Iowa City, Iowa 52244-3400
Tel 319-354-1712 Fax 319-354-7265
Email steve@iclawfirm.com
www.iclawfirm.com

E-mail (including the attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are This hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and then delete it. Thank You.

**From:** Eric Langston <elangston@aegislaw.com>
**Sent:** Thursday, April 2, 2026 3:29 PM
**To:** Steve Klesner <steve@iclawfirm.com>
**Cc:** Dawn Krabill <dawn@iclawfirm.com>
**Subject:** Re: (25-01418 | In re: Prier) Proposed Order re Relief from Stay

Steve,

I will plan to file a motion for an order.

Thanks,
-Eric



# Eric Langston
Attorney

p: 314-454-9100 x 132 | m: 319-435-9793 | f: 314-454-9110
a: 222 Third Ave. SE, Ste. 501, Office #6, Cedar Rapids, IA 52401
w: aegislaw.com  | e: elangston@aegislaw.com | Schedule a Meeting



**From:** Eric Langston <elangston@aegislaw.com>
**Date:** Wednesday, April 1, 2026 at 11:50 PM
**To:** Steve Klesner <steve@iclawfirm.com>
**Cc:** Dawn Krabill <dawn@iclawfirm.com>
**Subject:** Re: (25-01418 | In re: Prier) Proposed Order re Relief from Stay

Checking in. Should I file a motion for an order since I can't get your consent?

Let me know.

Thanks,
-Eric



## Eric Langston
Attorney

p: 314-454-9100 x 132 | m: 319-435-9793 | f: 314-454-9110
a: 222 Third Ave. SE, Ste. 501, Office #6, Cedar Rapids, IA 52401
w: aegislaw.com  | e: elangston@aegislaw.com | Schedule a Meeting


**From:** Eric Langston <elangston@aegislaw.com>
**Sent:** Friday, March 27, 2026 6:14:12 PM
**To:** Steve Klesner <steve@iclawfirm.com>
**Cc:** Dawn Krabill <dawn@iclawfirm.com>
**Subject:** Re: (25-01418 | In re: Prier) Proposed Order re Relief from Stay

Steve,

Do you have further comments or may I submit the proposed motion with your consent?

Let me know.

Thanks,
-Eric



## Eric Langston
Attorney

p: 314-454-9100 x 132 | m: 319-435-9793 | f: 314-454-9110
a: 222 Third Ave. SE, Ste. 501, Office #6, Cedar Rapids, IA 52401
w: aegislaw.com  | e: elangston@aegislaw.com  | Schedule a Meeting



---

**From:** Eric Langston <elangston@aegislaw.com>
**Date:** Friday, March 20, 2026 at 1:13 PM
**To:** Steve Klesner <steve@iclawfirm.com>
**Cc:** Dawn Krabill <dawn@iclawfirm.com>
**Subject:** Re: (25-01418 | In re: Prier) Proposed Order re Relief from Stay

Steve,

See attached for further comments.

Thanks,
-Eric



## Eric Langston
Attorney

p: 314-454-9100 x 132 | m: 319-435-9793 | f: 314-454-9110
a: 222 Third Ave. SE, Ste. 501, Office #6, Cedar Rapids, IA 52401
w: aegislaw.com  | e: elangston@aegislaw.com  | Schedule a Meeting

---

**From:** Steve Klesner <steve@iclawfirm.com>
**Date:** Friday, March 20, 2026 at 12:02 PM
**To:** Eric Langston <elangston@aegislaw.com>
**Cc:** Dawn Krabill <dawn@iclawfirm.com>
**Subject:** RE: (25-01418 | In re: Prier) Proposed Order re Relief from Stay

**CAUTION:** This email is from an external source. Do not click links or open attachments unless you trust the sender!

Eric,

We could accept the following in place of (b): "(b) Determining the amount of the attorney's fees awarded and addressing any related issues, provided that the state court shall not enforce, compel payment of, or permit collection of such fees unless and until this Court determines the debt to be nondischargeable;"

**Steven G. Klesner**
FITZGERALD, KLESNER & PAVELICH P.L.C.
373 Scott CT. STE B, P.O. Box 3400
Iowa City, Iowa 52244-3400
Tel 319-354-1712 Fax 319-354-7265
Email steve@iclawfirm.com
www.iclawfirm.com

E-mail (including the attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are This hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and then delete it. Thank You.

---

**From:** Eric Langston <elangston@aegislaw.com>
**Sent:** Friday, March 20, 2026 11:54 AM
**To:** Steve Klesner <steve@iclawfirm.com>
**Subject:** Re: (25-01418 | In re: Prier) Proposed Order re Relief from Stay

Steve,

Sorry, disregard the prior draft and see attached instead.

Thanks,
-Eric




**Eric Langston**
Attorney

p: 314-454-9100 x 132 | m: 319-435-9793 | f: 314-454-9110
a: 222 Third Ave. SE, Ste. 501, Office #6, Cedar Rapids, IA 52401
w: aegislaw.com | e: elangston@aegislaw.com | Schedule a Meeting

---

**From:** Eric Langston <elangston@aegislaw.com>
**Date:** Friday, March 20, 2026 at 11:51 AM
**To:** Steve Klesner <steve@iclawfirm.com>
**Subject:** (25-01418 | In re: Prier) Proposed Order re Relief from Stay
Steve,

Case 25-01418   Doc 37-1   Filed 04/02/26   Entered 04/02/26 16:33:01   Desc Exhibit
Approval by Atty Steven Klesner   Page 5 of 5

5 of 5

Please see attached proposed order.

Thanks,
-Eric



## Eric Langston

Attorney

p: 314-454-9100 x 132 | m: 319-435-9793 | f: 314-454-9110
a: 222 Third Ave. SE, Ste. 501, Office #6, Cedar Rapids, IA 52401
w: aegislaw.com  | e: elangston@aegislaw.com | Schedule a Meeting

