**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-01418 |
| | ) | (Chapter 7) |
| Michael J. Prier, | ) | |
| Debtor. | ) | ORDER re: |
| | ) | Motion for Relief from Automatic Stay |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Automatic Stay filed by the Viner Law Firm, the Court finds that cause exists pursuant to 11 U.S.C. § 362(d)(1).

IT IS HEREBY ORDERED:

1. The automatic stay imposed by 11 U.S.C. § 362(a) is modified to permit Movant to proceed in the Iowa District Court for Johnson County (the "State Court"), with the case bearing case number CDDM018646, for the limited purpose of:

(a) Enforcing the State Court's Order Finding Debtor in Contempt of Court dated November 2, 2025 (the "Contempt Order");

(b) Determining the amount of the attorney's fees awarded pursuant to the State Court's Order Assessing Attorney's Fees dated December 22, 2025 (the "Fee Order"), and addressing any related issues, *provided* that the State Court shall not compel payment of, or permit collection of, such fees unless and until this Court determines the debt to be nondischargeable;

(c) Conducting any related compliance, purge, or enforcement proceedings necessary to effectuate those orders, except for collection efforts.

2. This Order does not authorize collection beyond the scope of the State Court's Contempt Order and Fee Order, nor does it permit any determination of dischargeability, which remains within the exclusive jurisdiction of this Court.

3. All other aspects of the automatic stay remain in full force and effect.

SO ORDERED.