United States Bankruptcy Court

Northern District of Iowa

In re:                                                                            Case No. 25-01418-TJC

Michael J. Prier                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

**Recip ID**        **Recipient Name and Address**
db         + Michael J. Prier, 1801 Wenrose Dr NE, North Liberty, IA 52317-8830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Abbe M. Stensland
    on behalf of Creditor Sadler Power Train  Inc. ams@shuttleworthlaw.com, beth@shuttleworthlaw.com

Eric J. Langston
    on behalf of Creditor Viner Law Firm  PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston
    on behalf of Plaintiff Viner Law Firm  PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Nicole Hughes
    nhughes@telpnerlaw.com IA27@ecfcbis.com

Robert Cardell Gainer
    on behalf of Interested Party Estate of North Liberty Transportation  LLC rgainer@cutlerfirm.com, snewton@cutlerfirm.com

Roy Ryan Leaf
    on behalf of Interested Party Jeffrey A. Braverman Revocable Trust rleaf@nyemaster.com
    sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.c

District/off: 0862-1                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 03, 2026                       Form ID: pdf902                                Total Noticed: 1

om

Steven G. Klesner

on behalf of Debtor Michael J. Prier steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 25-01418 |
| | ) | (Chapter 7) |
| Michael J. Prier, | ) | |
| Debtor. | ) | ORDER re: |
| | ) | Motion for Relief from Automatic Stay |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Automatic Stay filed by the Viner Law Firm,

the Court finds that cause exists pursuant to 11 U.S.C. § 362(d)(1).

IT IS HEREBY ORDERED:

1. The automatic stay imposed by 11 U.S.C. § 362(a) is modified to permit

Movant to proceed in the Iowa District Court for Johnson County (the "State Court"),

with the case bearing case number CDDM018646, for the limited purpose of:

    (a) Enforcing the State Court's Order Finding Debtor in Contempt of Court dated November 2, 2025 (the "Contempt Order");

    (b) Determining the amount of the attorney's fees awarded pursuant to the State Court's Order Assessing Attorney's Fees dated December 22, 2025 (the "Fee Order"), and addressing any related issues, *provided* that the State Court shall not compel payment of, or permit collection of, such fees unless and until this Court determines the debt to be nondischargeable;

    (c) Conducting any related compliance, purge, or enforcement proceedings necessary to effectuate those orders, except for collection efforts.

2. This Order does not authorize collection beyond the scope of the State

Court's Contempt Order and Fee Order, nor does it permit any determination of

dischargeability, which remains within the exclusive jurisdiction of this Court.

3. All other aspects of the automatic stay remain in full force and effect.

SO ORDERED.

Dated:
April 3, 2026

_____
Thad J. Collins
Chief Bankruptcy Judge