UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael J. Prier, | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy No. 25-01418 |
| Debtor. | ) | |

**SUPPLEMENT TO ATTORNEY DISCLOSURE STATEMENT**

Comes now counsel for Debtor and supplements the previously filed Attorney Disclosure

Statement pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b), and states as follows:

1.  Counsel previously filed an Attorney Disclosure Statement in connection with

representation of the Debtor in the above-captioned Chapter 7 case.

2.  Since the filing of the petition, additional legal services have become necessary in

connection with postpetition matters arising from the bankruptcy case, including but not limited

to:

      a.  defense of the adversary proceeding brought by Viner Law Firm;

      b.  responses to any trustee inquiries, document requests, examinations, and

          contested matters, including matters relating to the NLT case;

      c.  responses to any inquiries, document requests, or contested matters raised by the

          United States Trustee; and

      d.  representation concerning any issues relating to dischargeability, denial of

          discharge, objections to discharge, or related discovery and motion practice.

3.  Debtor has further retained counsel for such additional services pursuant to the

existing written fee agreement, including the additional services provisions thereof.

4.  Compensation for such additional representation is based on the previously agreed

1

hourly rate of $480.00 per hour.

5.  On April 7, 2026, Debtor paid an additional retainer of $2,500.00 for such services.

6.  Additional payments may be made from time to time pursuant to the same engagement agreement for continued representation in connection with the foregoing matters.

Respectfully submitted,

Dated: April 8, 2026

/s/ Steven G. Klesner
Steven G. Klesner  AT0004271
FITZGERALD, KLESNER & PAVELICH, PLC
373 Scott Ct, Ste B, PO Box 3400
Iowa City, IA 52244
steve@iclawfirm.com
(319)338-9852 Telephone
(319)354-7265 Facsimile
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date below, a true copy of the foregoing document was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing systems. Parties may access this filing through the Court's electronic system.

Dated: April 8, 2026

/s/ Dawn Krabill

2