**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 25-01418 |
| **MICHAEL J. PRIER** | ) | |
| | ) | **MOTION TO EXTEND TIME TO** |
| | ) | **OBJECT TO DISCHARGE** |
| Debtor. | ) | |

Comes now the Acting United States Trustee ("UST"), through the undersigned Trial Attorney, pursuant to Federal Rules of Bankruptcy Procedure, Rule 4004(b), and states as follows:

1. The Court entered an Order for Relief in this case on December 23, 2025.

2. The last date by which a the chapter 7 trustee and UST must file a complaint objecting to Debtors' discharge under 11 U.S.C. § 727(a) was set by the Court as May 22, 2026. *See* Doc. 32.

3. The deadline to objection to a debtor's discharge may be extended for cause pursuant to Bankruptcy Rules 1017(e)(1) and 4004(b).

4. The UST is investigating the Debtors' financial affairs, including Debtors' ownership interests in certain businesses, interest in certain assets, and the transfer of assets which may be relevant to the administration of the bankruptcy estate. The UST has requested documents from the Debtor, and the Debtor is cooperating with the production of those documents. Additional time is needed to allow Debtor to finalize his production and allow UST staff time to review the documents.

5. Accordingly, the UST moves for an additional 30 days past the deadline stated in paragraph 2 above to file a complaint objecting to Debtor's discharge.

6. The UST does not interpose this motion for the purpose of undue delay.  The UST is in communication with Debtors and their counsel.  Debtor does not object to the relief requested herein.

WHEREFORE, the Acting United States Trustee respectfully requests that the Court enter an order extending the time for the United States Trustee and Chapter 7 Trustee Robert Gainer to object to Debtors'

1

discharge 30 days from the May 22, 2025, deadline and for such other relief as is equitable.

|  |  |
|---|---|
| Dated:  May 21, 2026 | **MARY R. JENSEN**<br>Acting United States Trustee<br>Region 12 |

By:/s/ *Claire R. Davison*
**Claire R. Davison**
AT #0014945
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (202) 320-3943
Claire.r.davison@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF's notice of electronic filing dated May 21, 2026.

Parties receiving hand or mailed service:

American Express National Bank c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041

By:/s/Marilyn Kennedy
**Marilyn Kennedy**
Paralegal Specialist
U.S. Trustee's Office