# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 25-01418 |
| **MICHAEL J. PRIER** | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER RE MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE

Having reviewed the Motion to Extend Time to Object to Discharge filed by the United States Trustee at Docket No. 41 and for good cause shown the Court FINDS that an extension of the deadlines for a period of 30 days is appropriate and should be granted for the reasons stated in the Motion.

IT IS ORDERED that the United States Trustee's Motion to Extend Time is GRANTED and the deadline for the United States Trustee and Chapter 7 Trustee to object to dischargeability is extended to June 21, 2026.

Dated and entered:
   May 21, 2026

_____
United States Bankruptcy Judge

Prepared by

Office of U.S. Trustee

1