United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                                    Case No. 25-01418-TJC

Michael J. Prier                                                                                      Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID**        **Recipient Name and Address**
db           + Michael J. Prier, 1801 Wenrose Dr NE, North Liberty, IA 52317-8830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbe M. Stensland | on behalf of Creditor Sadler Power Train Inc. ams@shuttleworthlaw.com, beth@shuttleworthlaw.com |
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Eric J. Langston | on behalf of Plaintiff Viner Law Firm PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Creditor Viner Law Firm PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Nicole Hughes | nhughes@telpnerlaw.com IA27@ecfcbis.com |
| Robert Cardell Gainer | on behalf of Interested Party Estate of North Liberty Transportation LLC rgainer@cutlerfirm.com, snewton@cutlerfirm.com |

District/off: 0862-1                              User: admin                                    Page 2 of 2

Date Rcvd: May 21, 2026                        Form ID: pdf902                              Total Noticed: 1

Roy Ryan Leaf

on behalf of Interested Party Jeffrey A. Braverman Revocable Trust rleaf@nyemaster.com
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Steven G. Klesner

on behalf of Defendant Michael J. Prier steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner

on behalf of Debtor Michael J. Prier steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

In Re:                              )     Chapter 7
                                    )     Case No. 25-01418
**MICHAEL J. PRIER**                )
                                    )
                                    )
                                    )
_____Debtor._____)

### ORDER RE MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE

Having reviewed the Motion to Extend Time to Object to Discharge filed by the United States Trustee at Docket No. 41 and for good cause shown the Court FINDS that an extension of the deadlines for a period of 30 days is appropriate and should be granted for the reasons stated in the Motion.

IT IS ORDERED that the United States Trustee's Motion to Extend Time is GRANTED and the deadline for the United States Trustee and Chapter 7 Trustee to object to dischargeability is extended to June 21, 2026.

Dated and entered:
 May 21, 2026

_____
United States Bankruptcy Judge

Prepared by

Office of U.S. Trustee